1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant LYNETTE VILLA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   No. CR-06 00418 WDB
                                    )
12 |             Plaintiff,         )   STIPULATION AND ORDER
                                    )   CONTINUING STATUS CONFERENCE
13 | vs.                            )
                                    )
14 | LYNETTE VILLA,                 )
                                    )
15 |             Defendant.         )
   |_____ )
16

17     This matter is scheduled for a status conference on August 21, 2006. Ms. Villa has been

18 asked by her employer to cover for a co-worker who will be away the week of August 21, 2006

19 on a family emergency. It is therefore STIPULATED AND AGREED that this matter may be

20 continued to August 28, 2006. Time shall be excluded between August 21, 2006 and August 28,

21 2006 under the Speedy Trial Act on the grounds that additional time is needed to complete

22 defense investigation of this matter, that the ends of justice outweigh the public and the

23 defendant's interest in a speedy trial, and that the failure to grant such a continuance would

24 deny the defendant continuity of counsel and reasonable time necessary for effective

25 preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and

26 (B)(iv).

STIPULATION AND ORDER CONTINUING
APPEARANCE                                          1

SO STIPULATED.

August 15, 2006

/S/
_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

August 15, 2006

/S/
_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that this matter is continued to August 28, 2006, and that time under the Speedy Trial Act shall be excluded, all on the grounds set forth in the foregoing stipulation.

August 15, 2006

IT IS SO ORDERED
*Wayne D. Brazil*
Judge Wayne D. Brazil
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION AND ORDER CONTINUING APPEARANCE                    2