1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-06-00418-WDB |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDED STIPULATION AND |
| ) | ORDER OF CONTINUANCE AND |
| ) | EXCLUSION OF TIME UNDER THE |
| LYNETTE VILLA, ) | SPEEDY TRIAL ACT, 18 U.S.C. § |
| ) | 3161 ET SEQ. |
| ) | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS APPEARANCE date of August 28, 2006, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for September 26, 2006 at 10:00 a.m.

It is further stipulated that the time between August 28, 2006 and September26, 2006 be excluded under the Speedy Trial Act.

- 1 -

1  Additional time is needed to attempt to transfer this case to Arizona based on a probable

2  disposition expected between the parties here.  Ms. Villa, who is a young parent, resides in

3  Arizona, and it would be less costly for her to make her court appearances there.  This proposal

4  would also make for a smoother transition into Arizona probation supervision, which is

5  contemplated.

6

7  DATED:  8/24/06                                                                                                    /S/

8  _____
   VINEET GAURI
9  Asst. United States Attorney

10 DATED:  8/24/06

11                                                    /S/
   _____
12 JOHN PAUL REICHMUTH
   Assistant Federal Public Defender

13

14

15
                                    **ORDER**
16

17     Based on the reasons provided in the stipulation of the parties above, it is ORDERED that
   the STATUS APPEARANCE date  of August 28, 2006, scheduled at 10:00 a.m., before the
18 Honorable Wayne D. Brazil, be vacated and reset for September 26, 2006 at 10:00 a.m.

19     It is further ORDERED that time be excluded between August 28, 2006 and September 26,
   2006 based on the need for counsel to continue investigating this case.  The court finds that the
20 ends of justice would be served by granting the continuance.

21

22 DATED: August 25, 2006

23

24     _____
25     HON.
       UNITED STATES MAGISTRATE JUDGE
26

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*