```
KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney

        1301 Clay Street, Suite 340S
        Oakland, CA 94612
        Telephone: (510) 637-3924
        Facsimile: (510) 637-3724
        Vineet.Gauri@usdoj.gov

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-06-00418-WDB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 <u>ET SEQ.</u> |
| LYNETTE NOTARTE VILLA, | ) | |
| Defendant. | ) | |

## **ORDER**

Based on the reasons provided in the stipulation of the parties, it is ORDERED that the status hearing in the above-titled case set for September 26, 2006, at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for October 25, 2006, at 10:00 a.m.

//
//

It is FURTHER ORDERED that time is excluded under the Speedy Trial Act from September 26, 2006 to October 25, 2006, based on the need of counsel to continue investigating and effectively prepare this case, taking into account the exercise of due diligence. The Court finds that the ends of justice would be served by granting the continuance.

DATED: September 26, 2006



_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE