KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

VINEET GAURI (ILSBN 6242953)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    Facsimile: (510) 637-3724
    Vineet.Gauri@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-06-00418-WDB |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER OF CONTINUANCE |
| v. ) | AND EXCLUSION OF TIME UNDER THE |
| ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 <u>ET</u> |
| LYNETTE NOTARTE VILLA, ) | <u>SEQ.</u> |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## **<u>ORDER</u>**

Based on the reasons provided in the stipulation of the parties, it is ORDERED that the status hearing in the above-titled case set for October 25, 2006, at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for November 15, 2006, at 10:00 a.m.

//

- 1 -

It is FURTHER ORDERED that time is excluded under the Speedy Trial Act from October 25, 2006 to November 15, 2006, based on the need of counsel to continue investigating and effectively prepare this case, taking into account the exercise of due diligence.  The Court finds that the ends of justice would be served by granting the continuance.

DATED: October 24, 2006



_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE