1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  VINEET GAURI (ILSBN 6242953)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3924
7       Facsimile: (510) 637-3724
        Vineet.Gauri@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED

DEC 4 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR-06-00418-WDB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER OF CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| LYNETTE NOTARTE VILLA, | ) | |
| Defendant. | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties, it is ORDERED that the status hearing in the above-titled case set for December 5, 2006, at 9:30 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for January 12, 2007, at 10:00 a.m.

//

cc: WDB's Stats, Copy to parties via ECF

-1-

//

It is FURTHER ORDERED that time is excluded under the Speedy Trial Act from December 5, 2006 to January 12, 2007, based on the need of counsel to continue investigating and effectively prepare this case, taking into account the exercise of due diligence. The Court finds that the ends of justice would be served by granting the continuance.

DATED: 12-4-06

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE