```
 1  KEVIN V. RYAN (CASBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CASBN 138549)
 3  Chief, Criminal Division

 4  W. DOUGLAS SPRAGUE (CASBN 202121)
    Assistant United States Attorney
 5
        1301 Clay Street, Suite 340S
 6      Oakland, CA 94612
        Telephone: (510) 637-3771
 7      Facsimile: (510) 637-3724

 8  Attorneys for Plaintiff
```

**FILED**

JAN 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-06-00418-WDB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER OF CONTINUANCE |
| v. | ) | AND EXCLUSION OF TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| LYNETTE NOTARTE VILLA, | ) | SEQ. |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties, it is ORDERED that the status hearing in the above-titled case set for January 12, 2007, at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for January 26, 2007, at 10:00 a.m.

//

// cc: WDB's Stats, Copy to parties via ECF

- 1 -

1 | It is FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. §
2 | 3161(h)(1)(G), from January 12, 2007 to January 26, 2007, based on the parties' efforts to transfer
3 | this case for resolution in the District of Arizona under Rule 20 of the Federal Rules of Criminal
4 | Procedure.

DATED: 1/11/07

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE